

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-15-00770-CR

Noel **DON JUAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2740
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Appellant's brief was due on April 8, 2016. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for an extension of time to file the brief until May 9, 2016. On the brief's due date, Appellant filed a second motion for a thirty-day extension of time to file the brief for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant must file the brief not later than June 8, 2016. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we may abate this appeal and remand the cause to the trial court for an abandonment hearing. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court